**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OUTER CAPE LOBSTERMEN'S ASSOCIATION, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ATLANTIC STATE MARINE FISHERIES COMMISSION and PHILIP COATES, *in his capacity as Director of the Massachusetts Division of Marine Fisheries*,<br><br>        Defendants. | Civil Action No. 98-CV-10165-RCL-WGY<br><br>**EMERGENCY MOTION TO REOPEN CASE AND LIFT THE ADMINISTRATIVE STAY** |

Plaintiff Outer Cape Lobstermen's Association, by and through its undersigned counsel, hereby submits its Motion to Reopen Case and Lift the Administrative Stay entered at Docket No. 54. In support of its Motion, Plaintiff submits its Memorandum in Support of Motion to Reopen Case Lift the Administrative Stay, the Declaration of Samuel P. Blatchley, and corresponding exhibits.

WHEREFORE, Plaintiff, Outer Cape Lobstermen's Association respectfully requests that this Court issue an Order that:

1. Plaintiff Outer Cape Lobstermen's Association's Emergency Motion to Reopen Case and Lift the Administrative Stay be, and the same is, **GRANTED.**

2. Sets a new trial date, with corresponding trial document deadlines, for trial by July 1, 2025.

3.  In the alternative, an Order that stays enforcement of the Division of Marine Fisheries'

emergency regulation codified at 322 CMR 6.02 that bans Outer Cape Lobstermen

from fishing V-Notched lobsters.

Plaintiff Outer Cape Lobstermen's
Association
By its attorneys,

Dated: June 17, 2025

/s/ Samuel P. Blatchley
Samuel P. Blatchley, Esq. (BBO #670232)
Eckland & Blando LLP
22 Boston Wharf Road, 7th Floor
Boston, MA 02210
(617) 217-6936
sblatchley@ecklandblando.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that, given the emergency nature of this Motion and the fact that the case has been closed for over 25 years, I have not conferred with counsel as it is not clear who counsel for other plaintiffs and defendants currently is. However, given DMF's promulgation of the emergency regulation and ASFMC's promulgation of the same and the lack of response to the public comments submitted outlining the position above, their position on the requested relief is clear.

/s/Samuel P. Blatchley

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025 a copy of the foregoing was filed through the CM/ECF system, and it is available for viewing and downloading from the CM/ECF system such that all appearing counsel have been served with this document by electronic means.

Further, this document will be emailed to the Division of Marine Fisheries, Department of Fish and Game's General Counsel at Jennifer.Sulla2@mass.gov and the ASMFC at info@asmfc.org.

/s/Samuel P. Blatchley